**\*\* E-filed March 16, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YASMINA SAADNA,<br><br>　　　　Plaintiff,<br>　v.<br><br>BLUECOAT SYSTEMS, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C12-01027 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE**<br><br>**REPORT AND RECOMMENDATION**<br><br>**[Re: Docket No. 2]** |

Plaintiff brings an employment discrimination case under Title VII (42 U.S.C. § 2000e, et seq.) against her former employer. Presently before the court is plaintiff's application to proceed *in forma pauperis*. A court may authorize the commencement of a civil action *in forma pauperis* ("IFP") if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C § 1915(a)(1). Plaintiff's application indicates that her assets and income are sufficient to enable her to pay the filing fee and prosecute this action.

Because the parties have yet to consent to the undersigned's jurisdiction, this court ORDERS the Clerk of the Court to reassign this case to a District Judge. The undersigned further RECOMMENDS that the newly assigned judge deny the IFP application. Pursuant to Federal Rule of Civil Procedure 72(b), any party may serve and file objections to this Report and Recommendation within fourteen days after being served.

**IT IS SO ORDERED.**

Dated: March 16, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C12-01027 HRL Notice will be electronically mailed to:**

Yasmina Saadna
1283 Sunny Court Apt #10
San Jose, CA 95116

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**