IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YASMINA SAADNA, | CASE NO. 5:12-cv-01027 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| BLUECOAT SYSTEMS, INC., | [Docket Item No(s). 10] |
| Defendant(s). | |

Pursuant to Plaintiff's request, the above-entitled action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: May 1, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-01027 EJD
ORDER DISMISSING CASE